UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. EDCV17-00560 JLS (KS) | Date: May 10, 2017 |
| Title: Maria C. Espudo v. FCA US LLC | |

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                           Not Present

**PROCEEDINGS:   (IN CHAMBERS)   ORDER TO SHOW CAUSE ("OSC")
ORDER CONTINUING SCHEDULING CONFERENCE**

On March 24, 2017, the Court set a scheduling conference for May 12, 2017, and ordered counsel to file their Joint 26(f) Report in advance of the scheduling conference. (*See* Doc. 9.) In the Order Setting Scheduling Conference, the Court expressly cautioned counsel that **"[a] proposed Scheduling Order without a fully completed Exhibit A will be rejected by the Court and may subject the parties to sanctions."** (*Id.* at 2, emphasis in the original.) The Order attached a blank Exhibit A. (*Id.* at 6.) The Joint Rule 26(f) Report filed by the parties did not include a completed Exhibit A. (Doc. 13.)

Accordingly, no later than May 19, 2017, counsel shall file an Amended Joint Rule 26(f) Report with a fully completed Exhibit A. Failure to do so may result in the imposition of monetary or other sanctions. *See* Fed. R. Civ. P. 16(f).

The Court CONTINUES the Scheduling Conference to June 2, 2017, at 1:30 p.m.

**IT IS SO ORDERED.**

Initials of Preparer:   tg