# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA C. ESPUDO** <br><br> Plaintiff, <br><br> v. <br><br> **FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,** <br><br> Defendant, | Case No: **5:17-cv-00560-MRW** <br><br> **ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |

-1-
[PROPOSED] ORDER GRANTING JOINT STIPULATION

# ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 9, 2019

_____
Honorable Judge Michael R. Wilner